**Motion Granted; Appeal Reinstated; Appeal Dismissed and Memorandum Opinion filed November 26, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00523-CV

---

### DAVID A. VAN VELZER, Appellant

### V.

### AMERICAN EXPRESS NATIONAL BANK, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1166090**

---

### MEMORANDUM OPINION

This is an appeal from a final judgment signed June 12, 2024. On October 29, 2024, appellee filed a motion to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3. *See* Tex. R. App. P. 42.3 (providing for dismissal of an appeal on motion of a party where the appellant has failed to comply with a requirement of the rules, a court order, or a notice from the clerk requiring a response or other action within a specific time).

On July 19, 2024, we issued a letter requiring appellant to file a docketing statement in compliance with Texas Rules of Appellate Procedure 32.1 within 10 days of the date the notice of appeal was filed. As of today, appellant has not filed a docketing statement.

On July 30, 2024, we issued an order abating this appeal and referring the parties to mediation. We ordered that the mediation be held within 60 days of that order and that all parties shall attend the mediation process. According to appellee's motion to dismiss, appellant has failed to cooperate with the mediator to arrange for mediation to occur.

Accordingly, we grant appellee's motion to dismiss because appellant has failed to comply with this court's order and a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(c).

We reinstate and dismiss the appeal.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.